VIRGINIA-CAROLINA JOINT STOCK LAND BANK OF NORFOLK v. BOARD OF COUNTY COMMISSIONERS OF PASQUOTANK COUNTY ET AL.

(Filed 19 September, 1934.)

**Taxation O c—Where value of bank stock for taxation has not been determined according to statute, commissioners may be restrained from listing such stock for taxation.**

Where, in a suit by a bank against a board of commissioners of a county to restrain the board from listing shares of stock of plaintiff bank for taxation, it appears that the method for determining the value of the bank stock for taxation, prescribed by sec. 600, ch. 204, Public Laws of 1933, has not been followed, judgment continuing the temporary restraining order to the hearing will be affirmed.

APPEAL by defendants from *Devin, J.,* at Chambers, Elizabeth City, 5 May, 1934. From PASQUOTANK.

Civil action to restrain the defendants from attempting to list for taxation for the years 1924 to 1933, inclusive, shares of stock in plaintiff bank, the same never having been listed nor the value thereof determined by the State Board of Assessment, as provided by the several Machinery Acts.

From an order continuing the injunction to the hearing the defendants appeal, assigning errors.

*Worth & Horner for plaintiff.*
*John B. McMullan and John H. Hall for defendants.*

STACY, C. J. The liability to taxation of shares of stock in plaintiff bank was not decided in the Court below, nor is the question before us for decision.

The appeal presents a question of procedural law only. It is conceded that in the instant case the method prescribed by section 600, chapter 204, Public Laws 1933, for determining the value of bank stock for taxation, has not been followed. *Rockingham v. Hood, Comr.,* 204 N. C., 618, 169 S. E., 191; *Mfg. Co. v. Comrs. of Pender,* 196 N. C., 744, 147 S. E., 284. The injunction, therefore, was properly continued to the hearing.

The cases cited and relied upon by defendants are distinguishable, in that they deal with species of property other than shares of stock in banks, banking associations, and trust companies, segregated for special consideration or administration under the Machinery Act.

Affirmed.